IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JERALD JEROME DORSEY, | :: | MOTION TO VACATE |
| Movant, | :: | 28 U.S.C. § 2255 |
| | :: | |
| v. | :: | CRIMINAL ACTION NO. |
| | :: | 1:06-CR-325-ODE-LTW |
| | :: | |
| UNITED STATES OF AMERICA, | :: | CIVIL ACTION NO. |
| Respondent. | :: | 1:13-CV-3477-ODE-LTW |

## FINAL REPORT AND RECOMMENDATION

Movant is confined at the federal prison in Fort Worth, Texas. Movant, pro se, recently filed a motion under 28 U.S.C. § 2255 to vacate his sentence imposed in this case. (Doc. 130.)[1] In that motion, Movant challenges the enhancement of his sentence under the Armed Career Criminal Act. (*Id.*)

This is Movant's second § 2255 motion. The Court denied his first motion on February 3, 2010. (Doc. 107.) Both the Court and the U.S. Court of Appeals for the Eleventh Circuit denied Movant a certificate of appealability. (*Id.*; Doc. 120.) The Court later denied Movant's motion for relief from judgment under Federal Rule of Civil Procedure 60, (Doc. 123), and the court of appeals again denied a certificate of appealability, (Doc. 129).

---

[1] All record citations are to criminal action number 1:06-cr-325-ODE-LTW.

The Court does not have jurisdiction to entertain this successive § 2255 motion unless Movant first obtains permission from the court of appeals to pursue the motion. *See* 28 U.S.C. § 2255(h); *see also* 28 U.S.C. § 2244(b)(3); *Burton v. Stewart*, 549 U.S. 147, 152 (2007) ("[B]ecause the 2002 petition is a 'second or successive' petition . . . the District Court never had jurisdiction to consider it in the first place."). Nothing in the record indicates that Movant has applied for such permission from the court of appeals, much less obtained it.

Accordingly, **IT IS RECOMMENDED** that Movant's second motion to vacate sentence [130] be **DISMISSED** as a successive § 2255 motion over which the Court lacks jurisdiction and that case number 1:13-cv-3477-ODE-LTW be **DISMISSED**. **IT IS FURTHER RECOMMENDED** that Movant be **DENIED** a certificate of appealability because it is not reasonably debatable that the Court lacks jurisdiction to entertain Movant's second § 2255 motion. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000).

**SO RECOMMENDED** this 23 day of October, 2013.

LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)